UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO FLORES BARRETO, VICTOR M. GLORIA, JOSE MANUEL BARRETO CORTEZ, LEONEL MUTZUTZ, GILBERTO TUC SIR, and PABLO SIPAC, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> -against- <br><br> TSG 89 CORP. d/b/a MIDNIGHT EXPRESS, ARISTIDIS SANTIS, THEODORE SANTIS, and MICHAEL VASILIADIS, <br><br> Defendants. | Civil Action No. 26-cv-01257-RA <br><br> **RULE 68 JUDGMENT** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and Plaintiffs' written acceptance of Defendants' Offer of Judgment, judgment is entered in favor of Plaintiffs FRANCISCO FLORES BARRETO, VICTOR M. GLORIA, JOSE MANUEL BARRETO CORTEZ, LEONEL MUTZUTZ, GILBERTO TUC SIR, and PABLO SIPAC, and against Defendants TSG 89 CORP. d/b/a MIDNIGHT EXPRESS, ARISTIDIS SANTIS, THEODORE SANTIS, and MICHAEL VASILIADIS, jointly and severally, in the aggregate amount of FORTY THOUSAND DOLLARS AND NO CENTS ($40,000.00) (the "Judgment Amount"). The Judgment Amount is inclusive of all damages, liquidated damages, statutory damages, attorneys' fees, costs then accrued, expenses, and prejudgment interest, if any, through the date of the Offer. Post-judgment interest shall accrue on any unpaid portion of the Judgment Amount from the date of entry of this Judgment as provided by 28 U.S.C. § 1961.

This Judgment resolves only the named Plaintiffs' individual claims asserted in this action and does not resolve, release, or adjudicate any claim of any non-party, putative class member, or putative collective member.

1

The Judgment Amount shall be paid as follows:

1. Twenty Thousand Dollars ($20,000.00) within seven (7) calendar days after entry of this Judgment;

2. Five Thousand Dollars ($5,000.00) on or before June 1, 2026, or within seven (7) calendar days after entry of this Judgment, whichever is later;

3. Five Thousand Dollars ($5,000.00) on or before July 1, 2026, or within seven (7) calendar days after entry of this Judgment, whichever is later;

4. Five Thousand Dollars ($5,000.00) on or before August 1, 2026, or within seven (7) calendar days after entry of this Judgment, whichever is later; and

5. Five Thousand Dollars ($5,000.00) on or before September 1, 2026, or within seven (7) calendar days after entry of this Judgment, whichever is later.

Payment shall be delivered to Plaintiffs' counsel, Sacco & Fillas LLP, or as Plaintiffs' counsel may otherwise direct in writing. Payment may be made by certified check, bank check, wire transfer, or other immediately available funds acceptable to Plaintiffs' counsel.

Time is of the essence with respect to each payment deadline.

A default shall occur if any payment is not received within one (1) business day after its due date. In the event of a default, Plaintiffs' counsel shall give written notice of default by email to Defendant Aristidis Santis at m.express1715@gmail.com. Defendants shall have five (5) calendar days from transmission of the email notice to cure the default.

If Defendants fail to timely cure the default, the entire unpaid balance of the Judgment Amount shall become immediately due and owing, less any amounts actually paid, and Plaintiffs may immediately enforce this Judgment for the unpaid balance, together with post-judgment interest. Plaintiffs shall also be entitled to recover reasonable attorneys' fees and costs incurred in enforcing

2

this Judgment. Upon an uncured default, Defendants expressly waive any automatic stay of

enforcement, including under Rule 62(a), to the extent permitted by law.

The Clerk of Court is respectfully directed to enter this Judgment and close this case.


Dated: April 29, 2026                          SO ORDERED:
New York, New York

_____
                                   United States District Judge

3